UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 16-7433-MWF(FFMx)** Dated: **February 27, 2017**

Title: Endonovo Therapeutics, Inc. -*v*- New Paradigm Ventures, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

Rita Sanchez
Courtroom Deputy

Nichole Forrest
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:

Not Present

ATTORNEYS PRESENT FOR DEFENDANTS:

E. Jaysom Nayagam

**PROCEEDINGS: DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT COSTS [17]**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

Initials of Deputy Clerk rs
:02 min